UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TEOBALDO FABIAN, *on behalf of himself
and others similarly situated,*

                        Plaintiffs,

        -against-

NSC ABATEMENT SERVICES, INC., PABLO
BERHAU and PAUL CARDENAS,

                        Defendants.
-----------------------------------------------------------------X

17 Civ. 05815 (VB)

**NOTICE OF MOTION FOR
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiff Teobaldo Fabian, individually and on behalf of all other similarly situated

individuals, by and through his undersigned attorneys and with the consent of Defendants NSC

Abatement Services, Inc., Pablo Berhau and Paul Cardenas, hereby file this Consent Motion to

Approve Settlement Agreement, Certify Settlement Class, Authorize Notice to Class, and

Schedule Fairness Hearing ("Motion for Preliminary Approval of Class Action Settlement").

Plaintiff respectfully requests that the Court review and approve the terms of the proposed

settlement of this action both as a collective action under the Fair Labor Standards Act, 29 U.S.C.

§ 216(b), and also as a class action under Fed. R. Civ. P. 23 for Plaintiff's claims under the New

York Labor Law and New York common law (breach of third party beneficiary contract).

Plaintiff also requests the Court to approve the proposed apportionment of the settlement

proceeds, after conducting a hearing about the fairness, reasonableness, and adequacy of the

proposed settlement. Plaintiff hereby submits a proposed notice of the settlement to be mailed or

delivered to each potential class member, informing them of the terms of the Settlement Agreement, advising them of their rights under the proposed settlement, and giving them an opportunity to be heard about the final approval of the settlement.

The grounds for this motion are that the parties have reached an arms-length settlement of this matter after extensive, bona fide settlement negotiations; that the named Plaintiff, as representative of the class, believes that the proposed settlement is in the best interests of the class as a whole; and that all parties desire to conclude this matter without further expense, delay, and uncertainty of continued litigation. This motion is supported by the accompanying Memorandum of Law and the documents attached thereto.

Respectfully submitted,

Dated: New York, New York
       November 13, 2018

_____

Bruce E. Menken
Beranbaum Menken LLP
*Attorneys for Plaintiffs*
80 Pine Street, 33rd Floor
New York, NY 10005
Tel: 212-509-1616

_____

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, NY   10007
Tel: 212-323-6980