UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEOBALDO FABIAN, *on behalf of himself*
*and all others similarly situated,*

                                                      17 Civ. 05815 (VB)

                      Plaintiffs,

         -against-


NSA ABATEMENT SERVICES, INC., PABLO
BERHAU and PAUL CARDENAS,

                    Defendants.
------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE
ACTION SETTLEMENT, FOR AWARD OF ATTORNEYS' FEES AND EXPENSES,
FOR APPROVAL OF SERVICE PAYMENTS, AND FOR APPROVAL OF PAYMENT
OF THE CLAIMS ADMINISTRATOR'S COSTS AND EXPENSES**

Plaintiff Teobaldo Fabian, individually and on behalf of all other similarly situated individuals, by and through their undersigned attorneys, with the consent of Defendants NSC Abatement Services, Inc. and Pablo Berhau and Paul Cardenas, individually, hereby file this Motion for Final Approval of Class and Collective Action Settlement, for Award of Attorneys' Fees and Expenses, for Approval of Service Payments to the Class Representative and Original Opt-ins and for Approval of Payment of the Claims Administrator's Costs and Expenses. Plaintiff respectfully requests that the Court review and approve the terms of the proposed settlement of this matter, both as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and also as a class action under Fed. R. Civ. P. 23 for Plaintiff's claims under the New York Labor Law, §§ 190 *et seq*. Plaintiffs also request that the Court approve the proposed apportionment of the settlement proceeds, after conducting a hearing about the fairness, reasonableness, and adequacy of the proposed settlement.

The grounds for this motion are that the parties have reached an arms-length settlement of this matter after extensive, bona fide settlement negotiations; that the named Plaintiff, as representative of the class, believes that the proposed settlement is in the best interests of the class as a whole; that no Class Members have objected to the proposed settlement, and that all parties desire to conclude this matter without further expense, delay, or the uncertainty of continued litigation. This motion is supported by the accompanying Memorandum of Law and the declarations of Bruce E. Menken and Jacob Aronauer and the documents attached thereto.

Respectfully submitted,

Dated:   New York, New York
        July 17, 2019

BERANBAUM MENKEN LLP

By: _____
Bruce E. Menken
80 Pine Street, 33rd Floor
New York, New York 10005
Ph: (212) 509-1616
Fax: (212) 509-8088